UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| JOSEPH ANTHONY FAVORS, | Civil No. 12-2634 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| JOAN FABIAN, CAL LUDEMAN, RALPH SCHMIDT, JEFFREY L. PETERSON, DEBORAH J. SCHEDAGG, CHRISTOPHER BORELAND, MARK MEHL, DEBORAH KONIESKA, DEB JAMES, ERIC MELBY, MICHELLE HOOVER, JAMIE JUNGERS, DIANNA MAGAARD, and BETH VIRDEN, | |
| Defendants, | |

_____

   Joseph Anthony Favors, 10098, 1111 Highway 73, Moose Lake, MN 55767, pro se plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois [Docket No.15], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

   1.   Plaintiff's application for leave to proceed in forma pauperis, [Docket Nos. 3 and 12], are **DENIED;**

   2. Plaintiff's "Motion for Copy of Exhibits," [Docket No. 5], and "Motion for Copy of Documents, " [Docket No. 8], are **DENIED**; and

   3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 11, 2012
at Minneapolis, Minnesota                              ___  s/John R. Tunheim  _____
                                                                JOHN R. TUNHEIM
                                                            United States District Judge